PEOPLE, Respondent, v. WILLIAM CLARKE, Appellant.

No. 10,595; February 24, 1881.

**Criminal Law.—An Appeal from the Overruling of a Demurrer** to an information is not entitled to be considered, in the absence of a record showing what the order was. Here, nevertheless, the court examined the information and sustained it as good in substance.

APPEAL from Superior Court, Monterey County.

Charles W. Quilty for appellant; A. L. Hart, attorney general, for respondent.

By the COURT.—This appeal is taken from the judgment alone. The ground of the appeal is the alleged insufficiency of the information. This objection is permitted by the statute to be taken advantage of in three ways, and three ways only—

that is to say: 1. By demurrer; 2. At the trial, under the plea of not guilty; and 3. After trial, in arrest of judgment: Penal Code, secs. 1004, 1012. In the present case the defendant did not attempt to avail himself of but one of the modes allowed by the statute. He filed a demurrer, but what action was taken in the court below respecting it the record does not inform us. There is no order overruling it, and for aught that appears it may have been withdrawn by the defendant himself. We have, nevertheless, examined the information, and find it good in substance.

Judgment affirmed.